# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN LAMAR OVERSTREET, JR. | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:09CV297-LG-RHW |
| | § | |
| KEN BROADUS and JEROME BARNES | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker, [18] , the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation of Magistrate Judge Robert H. Walker, entered on July 28, 2009, be, and the same hereby is, adopted as the finding of this Court. The Complaint is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE